IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00462-M

**Shanelle Morris-Wilkins**,

    Plaintiff,

v.

**C. Ray Joyner,** et al.,

    Defendants.

**Order**

Plaintiff Shanelle Morris-Wilkins, who proceeds pro se, has filed a motion to correct filings. D.E. 51. She alleges that she intended to make filings in this action but inadvertently submitted them in another case she has. *Id*; *see also Morris-Wilkins* v. *Bell,* No. 5:24-CV-00512-M (E.D.N.C.).

For good cause shown, the court grants the motion to correct (D.E. 51). The Clerk shall amend the caption of the supporting memorandum in the other case (D.E. 27) to reflect this matter, 5:24-CV-00462-M, and file it in this action. The pleading shall be docketed as a supporting memorandum to Morris-Wilkins's motion seeking additional time, sanctions, and a protective order. D.E. 52.

The court will hold a telephonic hearing on the Morris-Wilkins's motion for additional time and other relief (D.E. 52) on Tuesday, January 14, 2025 at 4:00 p.m. The case manager will provide the call-in information to the parties.

Dated: January 8, 2025.

                                                   */s/ Robert T. Numbers, II*
                                                   ROBERT T. NUMBERS, II
                                                   UNITED STATES MAGISTRATE JUDGE