IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00462-M

| | | |
|---|---|---|
| SHANELLE MORRIS-WILKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| C. RAY JOYNER, et al., | ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on Plaintiff's "motion to deny" Defendant Nash County's motion to dismiss [DE 118]. At the time she filed that motion, Plaintiff had already filed a response in opposition to Defendant Nash County's motion to dismiss. DE 116. Accordingly, her "motion to deny" is duplicative and unnecessary. The motion to deny [DE 118] is therefore denied as moot.

In addition, Plaintiff moves for leave of court to file a 45-page response in opposition to a different motion to dismiss [DE 135]. In the interim, Plaintiff filed a response in opposition, which comports with this court's Local Rule on page limits. DE 151; Local Civil Rule 7.2(f)(2)(A). Plaintiff's motion for leave [DE 135] is likewise denied as moot.

Plaintiff is cautioned that inundating the court with filings that are later rendered moot by subsequent filings hardly ensures the "just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1. The court is aware that Magistrate Judge Robert T. Numbers, II has already warned the parties to refrain from excessive filings. DE 164 at 1. This court reiterates that warning.

SO ORDERED this 19th day of May, 2025.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE